UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,	Crim. No. 09-724 (SRC)

v.

JUERGEN HOMANN,

Defendant.

## ORDER

**CHESLER**, District Judge

This matter having come before the Court on request by the Defendant Juergen Homann for the return of his passports from Pre-Trial Services and no objection thereto by the government.

**THEREFORE, IT IS** on this 7th day of January, 2010,

**ORDERED** that Pre-trial Services shall return said passport to the Defendant.

STANLEY R. CHESLER
United States District Judge