UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,          Crim. No. 09-724 (SRC)

v.

JUERGEN HOMANN,

      Defendant.

## CONSENT ORDER

CHESLER, District Judge

    This matter having come before the Court on request by the Defendant Juergen Homann to travel nationally and internationally, without prior order of Court, during the period he is on probation in this matter. The Defendant shall notify the Probation Office at least 48 hours prior to international travel of his itinerary and provide contact information for overnight domestic travel.

    THEREFORE, IT IS on this 15 day of January, 2010, so ORDERED.

                                  STANLEY R. CHESLER
                                  United States District Judge

CONSENTED TO:

Marc Philip Ferzan, Esquire
Assistant United States Attorney
Newark, New Jersey

Cynthia Reed Eddy, Esquire