UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

February 3, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Stanley R. Chessler
Martin Luther King, Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: Homann, Juergan
Cr. No. 2:09-724(1)(SRC)
**Response to Travel Request**

Dear Honorable Judge Chessler:

On January 6, 2010, Your Honor sentenced Juergan Homann to five years probation under 31 U.S.C. 5314 and 5322 (a) for Failure to File a Report of Foreign Bank and Financial Account. Special conditions include: 300 hours of community service, full financial disclosure, cooperate with the Internal Revenue Service, $60,000 fine, and DNA collection.

On January 15, 2010, Your Honor signed an order allowing Mr. Homann permission to travel with forty-eight hours notice to the U.S. Probation Department. The purpose of this letter is to advise you that some countries that Mr. Homann plans to visit have travel restrictions for people on supervision. Our office's policy is to have the offender contact the consulate for each country he or she plans to travel to in order to verify that there are no restrictions.

We are respectfully requesting that Mr. Homann be ordered to comply with all travel restrictions that each country may have in place. We make ourselves available should the Court wish to discuss this matter. Please be assured of our sincere desire to cooperate in all areas of mutual concern. If you have any questions, I can be reached at (973) 357-4183.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Erika M. Arnone
U.S. Probation Officer

/ema